THOMAS J. RICHARDSON   # 138104
Attorney at Law
2950 Mariposa, Suite 200
Fresno, California 93721
Tel: 559-264-6481
Fax: 559-264-0240

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARTIN ESPANA VILLASENOR,<br><br>　　　　　Defendant. | Case No.: 1:03-cr-05220- OWW<br><br>STIPUALATION AND ORDER TO CONTINUE SENTENCING<br><br><br>Dated: July 5, 2005<br>Time: 9:00 a.m.<br>Judge: Oliver W. Wanger |

　　　The parties hereto, by and through their respective attorneys, stipulate and agree the sentencing currently scheduled for July 5, 2005 be continued to August 29, 2005 at 9:00 am. in the above-entitled court.  Time is excluded pursuant to the Speedy Trial Act for further investigation and preparation of the case.


DATED: _____          By_____
　　　　　　　　　　　　　　　　　　　STANLEY BOONE
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


Dated:  June 28, 2005             _____
　　　　　　　　　　　　　　　　　　　THOMAS J. RICHARDSON
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

- 1

1
2  SO ORDERED:
3  DATED:___June 30_____, 2005          /s/ OLIVER W. WANGER__
4                                        OLIVER W. WANGER
                                         U.S. DISTRICT COURT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27