THOMAS J. RICHARDSON    # 138104
Attorney at Law
2950 Mariposa, Suite 200
Fresno, California 93721
Tel: 559-264-6481
Fax: 559-264-0240

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:03-cr-05220- OWW |
|---|---|
| Plaintiff, | ) STIPUALATION AND ORDER TO CONTINUE SENTENCING |
| vs. | ) |
| MARTIN ESPANA VILLASENOR, | ) |
| Defendant. | ) Dated: August 29, 2005<br>) Time: 9:00 a.m.<br>) Judge: Oliver W. Wanger |

The parties hereto, by and through their respective attorneys, stipulate and agree the sentencing currently scheduled for August 29, 2005 be continued to November 14, 2005 at 9:00 am. in the above-entitled court.  Time is excluded pursuant to the Speedy Trial Act for further investigation and preparation of the case.

DATED: _____          By_____
                                                            STANLEY BOONE
                                                            Assistant U.S. Attorney

Dated: August 23, 2005          _____
                                                            /s/THOMAS J. RICHARDSON
                                                            Attorney for Defendant

- 1

SO ORDERED:

DATED:___August 25__, 2005          _/s/ OLIVER W. WANGER_
                                      OLIVER W. WANGER
                                      U.S. DISTRICT COURT JUDGE