THOMAS J. RICHARDSON # 138104
IAN F. HEUSTON #235233
Attorneys at Law
2950 Mariposa St. Suite 200
Fresno, California   93721
Tel: (559) 264-6481
Fax: (559) 264-0240

Attorneys for Defendant
Martin Espana Villasenor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARTIN ESPANA VILLASENOR,<br><br>    Defendant. | Case No: 1:03-CR-05220-OWW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: April 10, 2006<br>Time: 9:00 AM<br>Judge: Oliver W. Wanger |

The parties hereto, by and through their respective attorneys, stipulate and

agree the sentencing currently scheduled for April 10, 2006 be continued to

September 18, 2006 at 9:00 AM in the above-entitled court. Time is excluded

pursuant to the Speedy Trial act as defendant has tendered a guilty plea.

//

//

//

//

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| | Respectfully submitted, |
| Dated: 4/6/2006. | By /s/Stanley Boone<br>STANLEY BOONE<br>Assistant U.S. Attorney |
| Dated: 4/6/2006. | /s/ Thomas J. Richardson<br>THOMAS J. RICHARDSON<br>Attorney for Defendant |

SO ORDERED:

Dated: __4/11/2006_____.

/s/ OLIVER W. WANGER_____
OLIVER W. WANGER
U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com